UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>JOSE NAVARRETE, et al.,<br><br>　　　　　　Defendants | Case No. 2:23-cv-00766-APG-MDC<br><br>ORDER |

　　　Before the Court is Plaintiff Mohamed Mahmoud's ("Plaintiff'") motion to dismiss the case without prejudice. (ECF No. 12.) In the motion, Plaintiff states that he would like the Court "to dismiss this claim without prejudice," so that he can exhaust his administrative remedies at his prison. (*Id.* at 1.) It is unclear to the Court what relief Plaintiff is requesting. The name of the motion seems to state that Plaintiff would like to voluntarily dismiss the entire case without prejudice. However, in the motion, Plaintiff states he would like the Court to dismiss a "claim."[1]

　　　Because of this confusion, the Court **DENIES** the motion (ECF No. 12) without prejudice and **ORDERS** that Plaintiff file another motion stating whether he would like the Court to dismiss the entire complaint without prejudice, or if he wants a single claim dismissed from the FAC. If Plaintiff only wants a single claim dismissed, he must state which claim he would like to voluntarily dismiss from the FAC. Plaintiff must file this motion by **July 2, 2024**. If Plaintiff fails to file this motion, the Court will dismiss the entire case without prejudice.

　　　DATED THIS 17th day of June 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's first amended complaint ("FAC") has multiple claims in it. (*See generally* ECF No. 11.)